UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA CERVANTES, INDIVIDUALLY AND AS NEXT FRIEND OF A.C, A MINOR<br>　　Plaintiff,<br><br>v.<br><br>LA PETITE ACADEMY, INC. d/b/a LA PETITE ACADEMY OF SPRING and LEARNING CARE GROUP, INC.<br>　　Defendants. | §<br>§<br>§ CIVIL ACTION NO.  4:23-cv-00018<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT LA PETITE ACADEMY, INC.'S
## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant La Petite Academy, Inc. ("La Petite") hereby removes this action from the 125th Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, based on the following facts:

## I.
## BACKGROUND

1.　　On November 29, 2022, Plaintiff Maria Cervantes, Individually and as next friend of A.C., a Minor, filed her Original Petition in Cause No. 2022-77263, *Maria Cervantes and as Next Friend of A.C. (Injured Minor) v. La Petite Academy Inc., d/b/a La Petite Academy of Spring and Learning Care Group, Inc.,* in the 125th District Court of Harris County, Texas.

2.　　The United States District Court for the Southern District of Texas, Houston Division, is the United States District and Division embracing the 125th Judicial District Court of

Harris County, Texas where this action is pending. *See* 28 U.S.C. §§ 124(d)(6) and 1446(a). Therefore, venue of this removed action is proper in this Court.

3. La Petite was served with citation on December 7, 2022. This notice is therefore timely under 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, true and correct copies of all documents filed in the state court proceeding, including the state court docket, are attached hereto as **Exhibit A** and incorporated herein by reference. A list of all counsel of record is also attached hereto as **Exhibit B**.

5. La Petite is serving written notification on all counsel of this Notice of Removal and filing a Notice of Filing Notice of Removal, attaching a copy of this Notice of Removal, with the state court.

## II.
## STANDARD FOR REMOVAL

6. This Court has original jurisdiction of this action under 28 U.S.C. § 1332(a) based on diversity of citizenship because this action is between citizens of different states, and La Petite believes in good faith that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, based on Plaintiff's Original Petition. Therefore, removal is proper under 28 U.S.C. §§ 1332 and 1441.

## III.
## ARGUMENT AND AUTHORITIES

**A.   Complete Diversity Exists Between the Parties.**

7. There is complete diversity among the parties.

8. Plaintiff and A.C. were and are citizens of the State of Texas as alleged in Plaintiff's Original Petition.

9. Defendant La Petite is a corporation. A corporation is a citizen of every state where it is incorporated and in the state where the corporation has its principal place of business. 28 U.S.C. §§1332(c); *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). La Petite was incorporated in the State of Delaware and has its corporate headquarters in the State of Michigan. Accordingly, La Petite is a citizen of the States of Delaware and Michigan.

10. Defendant Learning Care Group, Inc. ("Learning Care Group") was and is a corporation. Because Learning Care Group was incorporated in the State of Delaware and has its corporate headquarters located in the State of Michigan, Learning Care Group is a citizen of the States of Delaware and Michigan.

11. Because Plaintiff and A.C. are citizens of Texas and both Defendants are citizens of Delaware and Michigan, complete diversity exists among the parties.

**B.   The Amount in Controversy Exceeds $75,000.**

12. La Petite believes in good faith that the matter or amount in controversy in this suit exceeds the sum of $75,000, exclusive of interest and costs, based on the assertions of Plaintiff's Original Petition. 28 U.S.C. §1332(a).

13. Under the Federal Courts Jurisdiction and Venue Clarification Act of 2011, Pub. L. No. 112-63, 125 Stat. 760, 762 ("JVCA") (applicable to cases commenced on or after January 6, 2012), where a case is removed on the basis of diversity jurisdiction, "the sum demanded in good faith in the initial pleading" is ordinarily "deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2).

14. Plaintiff's Original Petition pleads monetary damages up to $250,000 in Paragraph 10, including "damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment." *See* Exhibit A-2, ¶ 10. Plaintiff's Original Petition additionally

pleads "Plaintiff was seriously injured" in Paragraph 7, and is entitled to recover the following categories of damages:

      a. Past and future medical expenses;

      b. Past and future pain, suffering, and mental anguish (if any);

      c. Past and future physical impairment (if any);

      d. Past and future physical disfigurement (if any);

      e. Past lost wages and future loss of earning capacity (if any).

*See* Exhibit A-2, ¶ 7.

15. Thus, based on Plaintiff's initial pleadings, La Petite believes in good faith that the amount in controversy exceeds $75,000 as required for removal by 28 U.S.C. §§ 1332 and 1441.

## IV.
## CONSENT TO REMOVAL

15. Defendant Learning Care Group, who has been properly served, consents to the removal of this case to federal court. *See* Defendant Learning Care Group, Inc.'s Notice of Consent to Removal, attached hereto as **Exhibit C**.

## V.
## CONCLUSION

WHEREFORE, because the United States District Court for the Southern District of Texas has original diversity of citizenship jurisdiction in this matter, Defendant La Petite Academy, Inc. respectfully requests that this Court assume full jurisdiction over the cause herein as provided by law.

Respectfully submitted,

*/s/ David H. Estes*
**DAVID H. ESTES**
State Bar No. 24012599
destes@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
Phone: (214) 369-2100
Fax: (214) 369-2118

**ATTORNEY FOR DEFENDANT
LA PETITE ACADEMY, INC.**

## CERTIFICATE OF SERVICE

On the 4th day of January, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties pursuant to the Federal Rules of Civil Procedure.

*/s/ David H. Estes*
*David H. Estes*