Case 4:23-cv-00018   Document 14   Filed on 10/31/23 in TXSD   Page 1 of 9

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA CERVANTES, INDIVIDUALLY AND AS NEXT FRIEND OF A.C, A MINOR<br>    Plaintiff, | §<br>§<br>§<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO.<br>4:23−CV−00018 |
| LA PETITE ACADEMY, INC. d/b/a LA PETITE ACADEMY OF SPRING and LEARNING CARE GROUP, INC.<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

## AGREED JUDGMENT

On this day, came on to be heard the above-styled and numbered cause wherein appeared Plaintiff Maria Cervantes, Individually and as Next Friend of A.C., a Minor Child; and A.C., a Minor Child, by and through Ray Vazquez the Guardian Ad Litem appointed by the Court to represent his interests (hereinafter collectively referred to as "Plaintiffs") and Defendants La Petite Academy, Inc. and Learning Care Group, Inc. (hereinafter referred to as "Defendants"), and the above parties having waived a jury, it was announced to the Court that agreements for settlement of all matters in controversy between Plaintiffs and Defendants have been reached, subject to approval of the Court; and

It appears that the settlement agreement Plaintiffs reached with Defendants and other released persons and entities has been memorialized in a document entitled Confidential Settlement Agreement and Release (hereinafter referred to as the "Release"); and

The Court has been apprised of the confidential amount of the settlement. The terms of the Release and confidential amount of the settlement, which shall not be filed herein, but which have been approved by the Court, are incorporated by reference as if fully set forth herein in full and final settlement and the release of all past and future claims, demands, and causes of action which have been held or may now or in the future be owned or held by or on behalf of Plaintiffs in all of their capacities, and A.C., a Minor Child, including, without limitation, those for personal injury, physical pain and suffering, mental pain and anguish, physical impairment, disfigurement, limitation of activities, loss of enjoyment of life, loss of earnings, loss of earning capacity, loss of care, maintenance, support, services, advice, and counsel, loss of consortium, companionship, affection, solace, comfort, companionship, society, assistance, emotional support and love, subrogation, pecuniary losses, and/or other losses, psychiatric or psychological expenses, doctors' fees, hospital expenses, Medicare and/or Medicaid expenses, attorneys' fees, costs of court and all other damages of every kind whatsoever, whether

known or unknown, which have arisen, or may arise, as a result of the accident in question, which occurred on or about October 19, 2022; and

It further appears to the Court that Plaintiffs and Defendants and the other released persons and entities named in the Release desire to compromise and settle their dispute, but recognize that damages have been incurred and have accrued in the past and that damages will be incurred and will accrue in the future; and

It appears to the Court that the total settlement is in consideration of Plaintiffs', including the Minor Child A.C.'s, damages with respect to the claims of Plaintiffs against Defendants and the other released persons and entities named in the Release both past and future, and the payment is in recognition of the fact that these damages have, in fact, partially accrued in the past and may continue to accrue in the future; and

In consideration of the release set forth herein, Defendants and the other released persons and entities named in the Release agree to pay the sums set forth in the Release which shall not be filed herein, but which have been approved by the Court and are incorporated by reference as if fully set forth herein; and

The Court is of the opinion that the settlement as memorialized in the Release is in the best interest of A.C., a Minor Child, and is hereby in all things approved and the Court hereby specifically approves the payments, including the

payment of $1,100.00 into the Registry of the Court for the benefit of A.C., a Minor Child, as set forth in the Release; and

It further appears to the Court that under the terms of the Release, Plaintiffs are responsible for any and all potential or future tax liabilities. Plaintiffs acknowledge and agree that Defendants and the other released persons and entities named in the Release shall bear no responsibility for payment of any potential or future tax liabilities of Plaintiffs, which may in any way be related to the accident in question or the Release; and

It further appears to the Court that the terms of said Release provide that the settlement amounts and other consideration provided therein, subject to the approval of the Court, are to be considered a full and final settlement of, and a complete release, discharge and bar to all claims, demands, controversies, actions or causes of action by or on behalf of Plaintiffs against Defendants and the other released persons and entities named in the Release, for any and all actual damages, including but not limited to, physical pain and suffering, mental pain and anguish, physical impairment, disfigurement, limitation of activities, loss of enjoyment of life, loss of earnings, loss of earning capacity, loss of care, maintenance, support, services, advice, and counsel, loss of consortium, companionship, affection, solace, comfort, companionship, society, assistance, emotional support and love, subrogation, pecuniary losses, and/or other losses, psychiatric or psychological

expenses, doctors' fees, hospital expenses, Medicare and/or Medicaid expenses, attorneys' fees, costs of court and all other damages of every kind whatsoever, whether known or unknown, which have arisen, or may arise, as a result of the accident in question which occurred on or about October 19, 2022. Plaintiffs understand and agree that the Release may be pleaded as an absolute and final bar to any and all suits, claims, actions or causes of action released by the Release; and that all releases that pertain to the liability of the aforementioned parties, persons and/or entities shall become final, irrevocable and absolute upon the signing of the Release; and

It further appears to the Court that the duly licensed attorney, Ray Vazquez, has been appointed Guardian Ad Litem by the Court to represent the interests of A.C., a Minor Child. Said Guardian Ad Litem having asked for and received reasonable time to acquaint himself with the facts and the law herein and, after study and deliberation, has reported to the Court that, in his opinion, the agreements of settlement presented to the Court are fair, just and reasonable and in the best interests of A.C., a Minor Child, and should be approved; and

It is further understood by the parties that the Release is subject to the approval of the Court; and

It further appearing to the Court that the Release presented to the Court is **FAIR, JUST AND REASONABLE** and that the amount of the settlement

hereinafter ordered by the Court is **FAIR, JUST AND REASONABLE** and **IN THE BEST INTEREST OF A.C., A MINOR CHILD**, and should be approved; and

The Court, having read the pleadings in this case and having heard full testimony, finds that there is a question as to liability in this case, and that there is an issue also as to the extent of damages to which Plaintiffs are entitled, and the Court further finds from the evidence that the Release is a compromise settlement agreement and is not an admission of liability on the part of Defendants or the other released persons or entities named in the Release, and further, the Court is of the opinion that the Release is just, fair and equitable and should be approved and said Release is hereby **APPROVED**; and

It is further **ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiffs do have and recover of and from Defendants, and the other released persons and entities named in the Release, the sums as set forth in the Release, which have been approved and are incorporated by reference as if fully set forth herein; and

It appears to the Court upon rendition of the foregoing judgment, that Defendants and the other released persons and entities named in the Release shall tender the payments specified in the Release, which is approved by the Court to fully pay and discharge all of Defendants' obligations herein in their entirety in the

manner prescribed in this judgment, and in accordance with the provisions thereof, it is **ORDERED, ADJUDGED AND DECREED** by the Court that no execution issue on this judgment and that Defendants and the other released persons and entities named in the Release be declared fully discharged from any liability under the provisions of this judgment and fully discharged from any liability based on any claims, demands or causes of action arising out of the accident in question as set forth hereinabove and that all such claims are **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any and all attorneys' fees, litigation expenses or other such costs incurred by or on behalf of Plaintiffs, with the exception of the Guardian Ad Litem fees and expenses, shall be paid from the settlement proceeds as set forth in the Release; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Guardian Ad Litem, Ray Vazquez, for A.C., a Minor Child, is hereby awarded a fee in the total amount of $2450 for his services as Guardian Ad Litem, which shall be paid by Defendants; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the amount of the settlement between Plaintiffs and Defendants and the other released

persons and entities named in the Release shall remain confidential as agreed to by the parties in the Release; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Agreed Judgment disposes of all claims against Defendants and is a final judgment; and

**IT IS SO ORDERED.**

Signed this **31** day of **Oct**, 2023.

_____
**JUDGE PRESIDING**

WE APPROVE THIS AGREED JUDGMENT
AS TO FORM AND SUBSTANCE AND
AGREE TO THE ENTRY OF THE JUDGMENT:

*John A. Leo (With Permission)*
_____
**JOHN A. LEO**
**ATTORNEY FOR PLAINTIFFS**


*Ray Vazquez (With Permission)*
_____
**RAY VAZQUEZ, GUARDIAN AD LITEM**
**APPOINTED BY THE COURT TO REPRESENT**
**THE INTERESTS OF A.C., A MINOR CHILD**


*/s/ David H. Estes*
**DAVID H. ESTES**
**FAISAL AL ALAM**
**ATTORNEYS FOR DEFENDANTS**