UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA CERVANTES, INDIVIDUALLY §<br>AND AS NEXT FRIEND OF A.C, A MINOR §<br>Plaintiff, §<br>§<br>v. §<br>§<br>LA PETITE ACADEMY, INC. d/b/a LA §<br>PETITE ACADEMY OF SPRING and §<br>LEARNING CARE GROUP, INC. §<br>   Defendants. §<br>§ | NO. 4:23−CV−00018 |

## **MOTION TO DEPOSIT FUNDS TO COURT REGISTRY**

Comes now, Raymundo J. Vazquez, as Guardian Ad Litem for the Minor Child, A.C., and asks the Court to allow settlement funds to be deposited into the Court Registry to be held for Plaintiff, A.C., until he reaches the age of majority. In support of this motion, Counsel will show as follows.

On October 27, 2023, Plaintiff Maria Cervantes, Individually and as next friend to A.C., a minor appeared in this Court with their Counsel, the Guardian Ad Litem, and Defense Counsel. The Parties indicated to the Court that a settlement had been reached in this case and asked for the Court's approval.

After hearing testimony from all parties, the Court approved the settlement and ordered that a Final Judgment be filed. Part of the settlement included a final amount of $1,100.00 to be paid to the Minor, A.C.

Therefore, Counsel, as Guardian Ad Litem, respectfully requests that the Court Order funds in the amount of $1,100.00 to be deposited to the Court Registry to be held for A.C. until he reaches the age of majority.

Respectfully submitted,

/s/ *Raymundo J. Vazquez*
Raymundo J. Vazquez
State Bar of Texas: 24094996
Federal Bar: 2600981
405 Main Street
Suite 751
Houston, Texas 77002
(832) 343-8023

## CERTIFICATE OF SERVICE

I, Raymundo J. Vazquez, certify that a true and correct copy of this document has been served on Counsel for all parties on October 31, 2023.

/s/ *Raymundo J. Vazquez*
Raymundo J. Vazquez