Case 4:23-cv-00018   Document 16   Filed on 11/02/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA CERVANTES, INDIVIDUALLY AND AS NEXT FRIEND OF A.C, A MINOR Plaintiff, | § § § § § | |
| v. | § § | NO. 4:23−CV−00018 |
| LA PETITE ACADEMY, INC. d/b/a LA PETITE ACADEMY OF SPRING and LEARNING CARE GROUP, INC. Defendants. | § § § § § § | |

## ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

After considering the Guardian Ad Litem's Motion to deposit $1,100.00 into the Registry of the Court, an amount which represents the portion of the settlement funds in this matter that are to be held for Plaintiff, A.C., until he reaches the age of majority, the Court hereby:

**GRANTS** the motion and **ORDERS** that $1,100.00 be deposited by the Guardian Ad Litem into the Court's Registry.

SIGNED On __2__ day of __nov__, 2023.

_____
United States District Judge David Hittner

